Florence M. Franklin et al., Individually, and as Executors of Jacob Wicks, Deceased, et al., Appellants, *v.* Incorporated Village of Floral Park, Respondent.

Argued May 18, 1945; decided June 14, 1945.

*Alfred J. Loew, Jerome Weinstein* and *Raymond J. Horowitz* for appellants.

*Paxton Blair* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Lewis, Conway, Desmond, Thacher and Dye, JJ.